UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Criminal No. 19-30013-MGM |
| ) | |
| DAQUAN ALEXANDER HARRIS, ) | |
| ) | |
| Defendant. ) | |

FINAL STATUS REPORT
November 28, 2023

ROBERTSON, U.S.M.J.

Pursuant to Local Rule 116.5(c)(2), the court reports as follows:

1. The government has completed its automatic disclosures and there are no discovery requests or motions pending.

2. The defendant does not anticipate filing any motions under Fed. R. Crim. P. 12(b)

3. The defendant is charged with conspiracy to commit theft of government money and theft of government money. The amount at issue is comparatively modest. The case has been pending for a long time. Many of the delays were attributable to the defense of Mr. Harris's co-defendant, Hilda Griffin, who pled guilty in March 2023 and was sentenced to three years of probation pursuant to a plea agreement. Initially, Mr. Harris did reasonably well on pretrial release. Beginning in or around September 2021, it became apparent that he has a serious substance use disorder, and there were repeated violations of his conditions of supervised release after September 2021, most, if not all, apparently related to the substance use disorder. As of the date of this report, there is a warrant outstanding for his arrest because he failed to report to Hope House for drug treatment and did not respond to outreach from his supervising probation officer. These violations, and the consequences of the violations, are unrelated to his underlying offense. In my view, the case should be moved along as expeditiously as possible because pretrial supervision has been challenging to say the least.

2

4. The parties have asked for a status conference before the presiding District Court Judge, and one has been scheduled on January 17, 2024 at 10:00 a.m.  The parties are working towards converting the status conference to a Rule 11 hearing.

5. The parties and the court agree that the time from November 28, 2023, when the final status conference was held, through January 17, 2024, the date of the status conference, should be excluded in the interests of justice. The court made findings on the record and a separate excludable delay order will enter.

6. If the case were to go to trial, it would take approximately three days to try.

7. There are no other matters to report relevant to the progress or resolution of the charges against the defendant.


 /s/ Katherine A. Robertson
KATHERINE A. ROBERTSON
U.S. Magistrate Judge